[Criminal No. 902.   Filed April 7, 1941.]

[112 Pac. (2d) 206.]

THE STATE OF ARIZONA, Appellee, v. GEORGE HUGHES, Appellant.

Mr. Joe Conway, Attorney General, and Mr. Albert M. Garcia, Assistant Attorney General, for Appellee.

Mr. C. H. Young, for Appellant.

PER CURIAM.—The same order as entered this day in criminal cause, *State of Arizona,* Appellee, v. *Albert Allen,* Appellant, *ante,* p. 133, 112 Pac. (2d)

206, will be entered in this case, the facts being identical.

LOCKWOOD, C. J., and McALISTER and ROSS, JJ., concur.